[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-14227

Non-Argument Calendar

_____

MEGAN E. DAWSON,

Plaintiff-Appellant,

*versus*

RUSSELL COUNTY DEPARTMENT OF HUMAN RESOURCES,
ATTORNEY GENERAL, STATE OF ALABAMA,
GREG WARD,
Attorney DHR,
HEDI GROHAMN,
DHR SW,
STEPHANIE GILLISPIE, et al.,
DHR SW,

2                    Opinion of the Court                    24-14227

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 3:23-cv-00367-ECM-SMD

_____

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Megan Dawson's notice of appeal, filed on December 27, 2024, is untimely to challenge the district court's November 4, 2024 final judgment. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.